# EXHIBIT 1



May 28, 2021



102 1 29843 ****************AUTO**ALL FOR AADC 600
CLIFFORD L HARRIS

LOVES PARK, IL

**NOTICE OF DATA BREACH**

Dear Clifford L Harris,

USA Waste-Management Resources, LLC ("Waste Management Resources") writes to notify you of an incident that may affect some of your information as a former employee of Waste Management Resources or one of its affiliates. We take this incident seriously, and this letter provides details of the incident, our response, and steps you may take to better protect against possible misuse of your personal information, should you feel it appropriate to do so.

**What Happened?** On January 21, 2021, we discovered suspicious activity in our network environment. We immediately launched an investigation, with the assistance of third-party forensic specialists, to determine the nature and scope of the activity and contacted the FBI. Our investigation determined that an unauthorized actor entered our environment between January 21 and 23, 2021, accessed certain files, and took a limited number of files. Therefore, we conducted an extensive review process to analyze the contents of the files potentially accessed to determine what, if any, sensitive information was contained within them. On May 4, 2021 and in the weeks following, we determined that the potentially accessed files contained sensitive information of certain individuals, including you. However, we do not currently have evidence that the files containing your personal information were actually taken by the unauthorized actor. Our investigation remains ongoing, but we wanted to notify you as soon as possible.

**What Information Was Involved?** We determined that the following information related to you may have been present in the files that were potentially accessed by the unauthorized actor: name, Social Security number or National ID, date of birth, and driver's license number.

**What We Are Doing.** We take the confidentiality, privacy, and security of information in our care seriously. Upon discovery, we immediately commenced an investigation to confirm the nature and scope of the incident. While the investigation remains ongoing, we are taking steps now to implement additional safeguards and review policies and procedures relating to data privacy and security.

We are providing you with access to 12 months of credit monitoring and identity protection services through Experian at no cost to you. A description of services and instructions on how to enroll can be found within the enclosed Steps You Can Take to Protect Personal Information. Please note that you must complete the enrollment process yourself, as we are not permitted to enroll you in these services on your behalf.

**What You Can Do.** Please review the enclosed *Steps You Can Take to Protect Personal Information*. You can also enroll to receive the complimentary credit monitoring and identity protection services through Experian. We also encourage you to remain vigilant against incidents of identity theft and fraud, to review your account statements, and to monitor your credit reports for suspicious activity.

ELN-9002-29843

**For More Information.** We understand you may have questions about this incident that are not addressed in this letter. Should you have additional questions, please contact the call center we set up to respond to this event at 1-855-537-2102 8:00 am to 5:30 pm Central Time, Monday through Friday excluding major US holidays.

The privacy and security of your information is important to us, and we sincerely regret any inconvenience or concern this incident may cause you.

Sincerely,

Tamla Oates-Forney
Senior Vice President and Chief People Officer

**Translation of Letter**

If you would like to receive a copy of the letter in Spanish or French, please contact the call center at 1-855-537-2102. Si desea recibir una copia de la carta en Español, comuníquese con el centro de llamadas al 1-855-537-2102. Si vous voulez recevoir une copie de la lettre en français, veuillez communiquer avec le centre d'appels au 1-855-537-2102.