# EXHIBIT 3



WM®

May 28, 2021

61 3 21120 ******************AUTO**ALL FOR AADC 400
GERALD W DAVIS
[redacted]
FLOYDS KNOBS, IN [redacted]

**NOTICE OF DATA BREACH**

Dear Gerald W Davis,

USA Waste-Management Resources, LLC ("Waste Management Resources") writes to notify you of an incident that may affect some of your information as a former employee of Waste Management Resources or one of its affiliates. We take this incident seriously, and this letter provides details of the incident, our response, and steps you may take to better protect against possible misuse of your personal information, should you feel it appropriate to do so.

**What Happened?** On January 21, 2021, we discovered suspicious activity in our network environment. We immediately launched an investigation, with the assistance of third-party forensic specialists, to determine the nature and scope of the activity and contacted the FBI. Our investigation determined that an unauthorized actor entered our environment between January 21 and 23, 2021, accessed certain files, and took a limited number of files. Therefore, we conducted an extensive review process to analyze the contents of the files potentially accessed to determine what, if any, sensitive information was contained within them. On May 4, 2021 and in the weeks following, we determined that the potentially accessed files contained sensitive information of certain individuals, including you. However, we do not currently have evidence that the files containing your personal information were actually taken by the unauthorized actor. Our investigation remains ongoing, but we wanted to notify you as soon as possible.

**What Information Was Involved?** We determined that the following information related to you may have been present in the files that were potentially accessed by the unauthorized actor: name, Social Security number or National ID, date of birth, and driver's license number.

**What We Are Doing.** We take the confidentiality, privacy, and security of information in our care seriously. Upon discovery, we immediately commenced an investigation to confirm the nature and scope of the incident. While the investigation remains ongoing, we are taking steps now to implement additional safeguards and review policies and procedures relating to data privacy and security.

We are providing you with access to 12 months of credit monitoring and identity protection services through Experian at no cost to you. A description of services and instructions on how to enroll can be found within the enclosed Steps You Can Take to Protect Personal Information. Please note that you must complete the enrollment process yourself, as we are not permitted to enroll you in these services on your behalf.

**What You Can Do.** Please review the enclosed *Steps You Can Take to Protect Personal Information*. You can also enroll to receive the complimentary credit monitoring and identity protection services through Experian. We also encourage you to remain vigilant against incidents of identity theft and fraud, to review your account statements, and to monitor your credit reports for suspicious activity.

## STEPS YOU CAN TAKE TO PROTECT PERSONAL INFORMATION

### Enroll in Credit Monitoring

To help protect your identity, we are offering a complimentary one-year membership of Experian IdentityWorks℠ Credit 3B. This product helps detect possible misuse of your personal information and provides you with superior identity protection support focused on immediate identification and resolution of identity theft.

Activate IdentityWorks Credit 3B Now in Three Easy Steps

1. ENROLL by: 08/24/2021 (Your code will not work after this date.)
2. VISIT the Experian IdentityWorks website to enroll: https://www.experianidworks.com/3bcredit
3. PROVIDE the Activation Code: [redacted]

If you have questions about the product, need assistance with identity restoration or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at 877-288-8057. Be prepared to provide engagement number [redacted] as proof of eligibility for the identity restoration services by Experian.

### Monitor Your Accounts

Under U.S. law, a consumer is entitled to one free credit report annually from each of the three major credit reporting bureaus, Equifax, Experian, and TransUnion. To order your free credit report, visit www.annualcreditreport.com or call, toll-free, 1-877-322-8228. You may also directly contact the three major credit reporting bureaus listed below to request a free copy of your credit report.

Consumers have the right to place an initial or extended "fraud alert" on a credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting seven years. Should you wish to place a fraud alert, please contact any one of the three major credit reporting bureaus listed below.

As an alternative to a fraud alert, consumers have the right to place a "credit freeze" on a credit report, which will prohibit a credit bureau from releasing information in the credit report without the consumer's express authorization. The credit freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a credit freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report. To request a security freeze, you will need to provide the following information:

1. Full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. Addresses for the prior two to five years;
5. Proof of current address, such as a current utility bill or telephone bill;
6. A legible photocopy of a government-issued identification card (state driver's license or ID card, etc.); and
7. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft if you are a victim of identity theft.

Should you wish to place a credit freeze, please contact the three major credit reporting bureaus listed below:

| Equifax | Experian | TransUnion |
|---|---|---|
| https://www.equifax.com/personal/credit-report-services/ | https://www.experian.com/help/ | https://www.transunion.com/credit-help |
| 888-298-0045 | 1-888-397-3742 | 833-395-6938 |
| Equifax Fraud Alert, P.O. Box 105069 Atlanta, GA 30348-5069 | Experian Fraud Alert, P.O. Box 9554, Allen, TX 75013 | TransUnion Fraud Alert, P.O. Box 2000, Chester, PA 19016 |
| Equifax Credit Freeze, P.O. Box 105788 Atlanta, GA 30348-5788 | Experian Credit Freeze, P.O. Box 9554, Allen, TX 75013 | TransUnion Credit Freeze, P.O. Box 160, Woodlyn, PA 19094 |

21120